Garrett Charity (Bar #285447)
Garrett.Charity@McCarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff
Violeta Gonzalez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETA GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC<br><br>    Defendants. | Case No.: 8:21-cv-716<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC ONLY** |

Plaintiff Violeta Gonzalez, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant National Credit Adjusters, LLC only ("NCA"). Plaintiff and NCA are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against NCA will be finalized within the next sixty (60) days. Plaintiff's claims against active Defendants remain pending.

    Respectfully submitted July 28, 2021

                                    MCCARTHY LAW, PLC

                                    By:*/s/ Garrett Charity*

Garrett Charity, Esq.<br>Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Garrett Charity*